1  ANTHONY F. MAUL (SBN: 314188)
   afmaul@maulfirm.com
2  THE MAUL FIRM, P.C.
   101 Broadway, Suite 3A
3  Oakland, CA 94607
   Telephone:     (510) 496-4477
4  Facsimile:     (929) 900-1710

5  Attorney for Plaintiff
   CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE
6

7  TUCKER ELLIS LLP
   Mollie F. Benedict SBN 187084
8  mollie.benedict@tuckerellis.com
   Lisa I. Carteen SBN 204764
9  lisa.carteen@tuckerellis.com
   Alexander J.L. Kaplan SBN 308257
10 alexander.kaplan@tuckerellis.com
   515 South Flower Street
11 Forty-Second Floor
   Los Angeles, CA 90071
12 Telephone:     213.430.3400
   Facsimile:     213.430.3409
13
   *Attorneys for Defendant*
14 FRESENIUS MEDICAL CARE HOLDINGS, INC.
   d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA
15

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18 | CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE, | Case No. 3:21-cv-03107-EMC |
19 | | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
   | Plaintiff, | |
20 | | |
   | v. | Judge:     Hon. Edward M. Chen |
21 | | |
   | FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, | |
22 | | |
23 | | |
   | Defendant. | |
24 | | |

25     **IT IS HEREBY STIPULATED** by and between the undersigned counsel for the parties that

26 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this action by any party against any other party are

27 hereby dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

28

| | | |
|---|---|---|
| DATED: November 30, 2023 | | **THE MAUL FIRM, P.C.** |
| | By: | _____ |
| | | Anthony F. Maul |
| | | *Attorney for Plaintiff* |
| | | California Spine and Neurosurgery Institute |
| | | |
| DATED:  November 30, 2023 | | **TUCKER ELLIS LLP** |
| | By: | *Mollie Benedict* |
| | | Mollie F. Benedict |
| | | Lisa I. Carteen |
| | | Alexander J.L. Kaplan |
| | | *Attorneys for Defendant* |
| | | Fresenius Medical Care Holdings, Inc. d/b/a |
| | | Fresenius Medical Care North America |

Date:  December 1, 2023

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA